UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02557-SSS-DTB | Date | October 24, 2025 |
| Title | *Lamar Central Outdoor, LLC v. City of Perris et al.* | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING EX PARTE APPLICATION TO CONTINUE HEARING [DKT. NO. 27]**

On October 21, 2021, the Court granted the Ex Parte Application for Leave to File an Amicus Brief. [Dkt. No. 25]. The Court also directed the Amicus Curiae to file the Amicus Curiae Brief by noon on October 22, 2025, and provided the City an opportunity to reply by October 28, 2025, at noon. [*Id.*]. The Court continued the hearing for Plaintiff's Motion for Preliminary Injunction from October 23, 2025, to October 31, 2025, at 2:00 p.m. by Zoom videoconference. [*Id.*]. The Court further ordered that the temporary restraining order be extended to October 31, 2025. [*Id.*]. Before the Court now is an Ex Parte Application to Continue the Hearing on Order to Show Cause Why a Preliminary Injunction Should Not Issue. [Dkt. No. 27, "Application"].

Plaintiff's counsel has indicated in his declaration that he had attempted to stipulate to a continuance due to his unavailability, but Defense counsel ultimately refused. [Dkt. No. 27-1, "Stream Decl." at 3]. The Court had continued the hearing for the Motion for Preliminary Injunction to October 31, 2025, on its own motion. The parties thus did not have notice of a new hearing date that would potentially conflict with counsels' availability. The Court thus finds that good cause exists to continue the hearing.

The Court hereby **GRANTS** the Application and **CONTINUES** the hearing for Plaintiff's Motion of Preliminary Injunction to **November 14, 2025, at 2PM by Zoom videoconference**. Considering the circumstance, the Court also finds good cause to **EXTEND** the Temporary Restraining Order to **November 14, 2025**. [Dkt. No. 18].

The Court notes that it expects common courtesy by the parties instead of ex parte requests as to such matters.

**IT IS SO ORDERED.**