UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02557-SSS-DTBx | Date | November 12, 2025 |
| Title | Lamar Central Outdoor, LLC v. City of Perris et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER CONTINUING HEARING AND EXTENDING TEMPORARY RESTRAINING ORDER**

     On October 10, 2025, the Court granted Plaintiff Lamar Central Outdoor, LLC's Ex Parte Application for Temporary Restraining Order as to enjoin Defendant City of Perris from enforcing Ordinances 1460 and 1461. [Dkt. No. 18]. The Court initially set a hearing on whether a preliminary injunction should issue for October 23, 2025, [*id.*], but continued the hearing to October 31, 2025, in light of the Ex Parte Application to File Amicus Brief filed by Amicus Curiae California State Outdoor Association Inc. (CSOAA). [Dkt. No. 25]. Plaintiff then filed an Ex Parte Application to continue the hearing on whether a preliminary injunction should issue, [Dkt. No. 27], which the Court granted and continued the hearing to November 14, 2025. [Dkt. No. 28]. The Court has received Defendant's Opposition to the preliminary injunction, [Dkt. No. 21], and Plaintiff's Reply in support of it, [Dkt. No. 23].

     Given the intricate nature of the issues at hand, the Court hereby **CONTINUES** the hearing on whether a preliminary injunction should issue to **December 4, 2025, at 1:30PM by Zoom videoconference**. Considering the circumstance, the Court also finds good cause to **EXTEND** the Temporary Restraining Order to December 4, 2025. [Dkt. No. 18]. The Court will issue

questions prior to the hearing that the parties must be prepared to discuss at the hearing.

    **IT IS SO ORDERED.**