Name: Norman A. Dupont, SBN 85008
Address: 3701 Wilshire Blvd, Ste 725
City, State, Zip: Los Angeles, CA 9001
Phone: (310)527-6660
Fax: (949)223-1180
E-Mail: ndupont@awattorneys.com

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR CENTRAL OUTDOOR, LLC., a Delaware limited liability company, <br><br> PLAINTIFF(S), <br><br> v. <br><br> CITY OF PERRIS, a municipal corporation and DOES 1 to 100, inclusive <br><br> DEFENDANT(S). | CASE NUMBER: <br> 5:25-cv-02557-SSS-PS <br><br> **AMENDED NOTICE OF APPEAL PRELIMINARY INJUNCTION** |

NOTICE IS HEREBY GIVEN that **DEFENDANT, CITY OF PERRIS,** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Preliminary Injunction

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on December 19, 2025. Entered on the docket in this action on December 19, 2025 [Dkt 39].

A copy of said judgment or order is attached hereto.

December 30, 2025                       /s/Norman A. Dupont
Date                                    Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).